UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT LAU, et al.,

                Plaintiffs,

    -against-

WOKUMI, et al.,

                Defendants.

23-cv-2438 (AS)

ORDER OF DISMISSAL

ARUN SUBRAMANIAN, United States District Judge:

    On February 14, 2024, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to serve Defendants within the 90 days prescribed by Federal Rule 4(m). Dkt. 29. The Court also warned that "the Court will dismiss the case without further notice" if it heard nothing from Plaintiff by March 15. Having heard nothing, this case is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 4(m).

    SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge